Case 3:06-cr-00285-L   Document 290   Filed 01/23/07   Page 1 of 1   PageID 636

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JAN 2 3 2007

CLERK, U.S. DISTRICT COURT
By _____
     Deputy

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.: 3:06-CR-285-L (16) |
| | ) | |
| DANNY LEE WHITE | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Danny Lee White, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to Count(s) One of the 48-count Indictment. After cautioning and examining Danny Lee White under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted, and that Danny Lee White be adjudged guilty and have sentence imposed accordingly.

Date:  January 23, 2007

_____
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).